UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS ANDERSON,<br>    Plaintiff,<br>v.<br>JOHN DOE,<br>    Defendant. | Case No. 18-cv-05230-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's order to file a (i) complete application to proceed *in forma pauperis* (IFP) (the one filed lacks a completed Certificate of Funds and a prison trust account statement) or pay the filing fee; and (ii) complaint on this Court's form. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a complete IFP application (or full payment for the $400.00 filing fee) **and** a complaint on this Court's form. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** October  9 , 2018

_____
RICHARD SEEBORG
United States District Judge